_____

No. 96-1530
_____

Ronald D. Chandler,            *
                               *
          Appellant,           *   Appeal from the United States
                               *   District Court for the
     v.                        *   Eastern District of Missouri.
                               *
Dick Moore; James D. Purkett,  *          [UNPUBLISHED]
                               *
          Appellees.           *


_____

                    Submitted:  August 3, 1996

                       Filed:  September 17, 1996
                    _____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                    _____

PER CURIAM.


     Robert D. Chandler, a Missouri inmate, appeals the district court's[1]
dismissal of his 42 U.S.C. § 1983 action for failure to state a claim.
After de novo review of the record and the parties' briefs, we conclude
that the dismissal was correct.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

        [1]The Honorable Stephen N. Limbaugh, United States District
Court Judge for the Eastern District of Missouri.